**Subject:** Andover
**From:** Cat Lyons (cat@lyonsandrogers.com)
**To:** ktang05@yahoo.com;
**Date:** Wednesday, August 8, 2012 10:50 AM

Mr. and Mrs. Tang,

I am writing in response to your request for a phone number in order for Mr. Doyle to call in to the meeting at 9 a.m. on Friday.

The meeting will occur at the School District's administration building (36 Bartlett Street; Ms. Laundre's office is on the 3rd Floor).

However the actual room where we will meet has not yet been determined.

Please obtain Mr. Doyle's phone number where he may be reached on Friday morning, and you will be able to call him once we convene the meeting.

Additionally, attached is a copy of the District's Objection to your request for subpoenas.

The District's supplemental discovery responses were sent to you yesterday by Fed Ex.

You should receive the package today.

Finally, based upon my discussions with Mrs. Tang, I understand that Eric will be visiting a private (non-special education) school this morning.

I asked Mrs. Tang to contact me today and inform me whether you intend for Eric to attend that school for the 2012-2013 school year, and if so, whether we can reach an agreement to resolve this matter without a hearing.

It is imperative that you contact me as soon as possible and no later than the close of business today if you wish to resolve this matter informally and by mutual agreement.

I look forward to hearing from you.

Sincerely,

Catherine Lyons


Lyons & Rogers, LLC

800 Hingham Street, Suite 204S

Rockland, Massachusetts 02370

Tel: 339-788-9577

Fax: 339-788-9915

E-MAIL CONFIDENTIALITY NOTICE:
This transmission including attachments may be:
(1) Subject to the Attorney-Client Privilege,
(2) Attorney Work Product, or
(3) Strictly Confidential.

| | |
|---|---|
| **Subject:** | Expenses for Eric Tang at PMA |
| **From:** | Kuilian Tang (ktang05@yahoo.com) |
| **To:** | cat@lyonsandrogers.com; |
| **Cc:** | jlaundre@aps1.net; |
| **Bcc:** | judyzhutang@yahoo.com; |
| **Date:** | Thursday, September 6, 2012 10:31 AM |

Dear Catherine Lyons,

Please see below for the expenses we talked about yesterday. Please also see the attachment for the proof of the invoices.

| Item | Amount | Comments |
|---|---|---|
| Tuition (2012-2013) | $ 9,950.00 | see the attachment |
| Books (1st term) | $ 708.83 | see the attachment |
| Books (2st term) | $ 708.83 | Estimated |
| Transportation | $ 2,775.00 | We called taxi companies and the price for one way ranges from $12 to $15. The cost here is based on 185 school days. We will send Eric to PMA every morning. We hope school can reimburse the mileages for us (not included in this number) |
| **Sum** | **$ 14,142.66** | |

Sincerely,

**Kuilian Tang**
10 Greenmeadow Lane
Andover, MA 01810
Home Phone: 978-381-4991
Cell Phone: 978-590-1891

**Subject:** Expenses for Eric Tang at PMA
**From:** Cat Lyons (cat@lyonsandrogers.com)
**To:** ktang05@yahoo.com;
**Date:** Thursday, September 6, 2012 1:50 PM

Mr. Tang,

Thank you for your email.

As we discussed, the Andover Public Schools is considering entering into a written settlement agreement with you, reimbursing you for private educational services of your choosing, with costs being limited to an amount that we have not yet agreed upon.

Any reimbursement provided would be for direct regular education, special education, related services, or transition services for Eric.

The School District will not issue any reimbursement without first receiving appropriate documentation verifying your payments (e.g. cancelled checks, credit card receipts).

The District will not agree to provide reimbursement for books, computers, software, uniforms, or other supplies that a private school (or other service provider) of your choosing might require.

I will contact you shortly by email with a draft agreement setting forth specific terms and conditions.

Sincerely,

Cat Lyons


Catherine L. Lyons

Lyons & Rogers, LLC

800 Hingham Street, Suite 204S

Rockland, Massachusetts 02370

Tel: 339-788-9577

Fax: 339-788-9915


**From:** Kuilian Tang [mailto:ktang05@yahoo.com]
**Sent:** Thursday, September 06, 2012 10:31 AM
**To:** Cat Lyons
**Cc:** jlaundre@aps1.net
**Subject:** Expenses for Eric Tang at PMA


Dear Catherine Lyons,

Please see below for the expenses we talked about yesterday. Please also see the attachment for the proof of the invoices.

| Item | Amount | Comments |
|---|---|---|
| Tuition (2012-2013) | $ 9,950.00 | see the attachment |
| Books (1st term) | $ 708.83 | see the attachment |
| Books (2st term) | $ 708.83 | Estimated |
|  |  | We called taxi |

Subject: Agreement
From: Cat Lyons (cat@lyonsandrogers.com)
To: ktang05@yahoo.com;
Date: Monday, September 10, 2012 1:36 PM

Mr. and Mrs. Tang,

As was recently discussed with Mr. Tang, attached is a draft agreement for your review.

Please contact me if you have any questions.

Sincerely,

Cat Lyons


Catherine L. Lyons

Lyons & Rogers, LLC

800 Hingham Street, Suite 204S

Rockland, Massachusetts 02370

Tel: 339-788-9577

Fax: 339-788-9915


E-MAIL CONFIDENTIALITY NOTICE:
This transmission including attachments may be:
(1) Subject to the Attorney-Client Privilege,
(2) Attorney Work Product, or
(3) Strictly Confidential.

If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this informati



Judy & Kuilian Tang
10 Greenmeadow Lane
Andover, MA 01810

Phone: 978-341-4991
Cell: 978-697-5019

September 11, 2012

Ms. Sara Berman
Hearing Officer
Bureau of Special Education Appeals
Division of Administrative Law
One Congress Street, 11th Floor
Boston, MA 02114

Re:   **Hearing Decision**
      **Eric Tang and the Andover Public School System, BSEA #12-7315**

Dear Ms. Berman,

The school district requested a meeting with us last Wednesday. During the meeting, we clearly expressed our two believes: (1) the school district should have no reasons to push Eric out of Andover public schools and (2) Eric should be treated fairly and nicely at Andover high school. We insisted that Ancover high school is the best place for Eric academically and socially.

Meanwhile, we are also concern about Andover public school's prejudice that could impact Eric's life at Andover public school. We had a long talk with Eric after the hearing. We convinced Eric that he should try an environment without any prejudice from past. Eric finally agreed to go to a local private school which has a small environment setting and has a college prep approach. At this point, we partially agreed with Andover public school IEP plan to place Eric to this local private school with small environment setting to meet Eric's special needs. However, since the whole application is a last minute process, we would like to reserve the right for Eric come back to Andover High if the current school program doesn't academically challenge enough for him.

Based on Education Laws and Regulations 603 CMR section 28.06: Placement and Service Options, we request Andover Public School to cover all education related expenses for Eric's out-of-school district placement. It includes tuition, text books and transportation. We also request to reserve the right if Eric isn't get dismissed by his current school in six month, Andover public school will let Eric come back to Andover public school if he wants.

Thanks for your time.

Sincerely,

*Kuilian Tang*

Judy & Kuilian Tang

| | |
|---|---|
| Subject: | RE: Fax to Ms. Sara Berman |
| From: | Cat Lyons (cat@lyonsandrogers.com) |
| To: | ktang05@yahoo.com; |
| Date: | Tuesday, September 11, 2012 11:12 AM |

Mr. Tang,

The record closed in this matter on August 17, 2012.

The statements set forth in your correspondence to the Hearing Officer dated today are not only inaccurate, but also highly prejudicial. It was entirely inappropriate for you to disclose any substantive information regarding settlement discussions to the Hearing Officer. As a consequence of your actions, the Andover Public Schools hereby rescinds its offer sent to you yesterday via email.
Catherine Lyons

Catherine L. Lyons

Lyons & Rogers, LLC

800 Hingham Street, Suite 204S

Rockland, Massachusetts 02370

Tel: 339-788-9577

Fax: 339-788-9915

**From:** Kuilian Tang [mailto:ktang05@yahoo.com]
**Sent:** Tuesday, September 11, 2012 10:41 AM
**To:** Cat Lyons
**Cc:** jlaundre@aps1.net
**Subject:** Fax to Ms. Sara Berman

fyi

**Kuilian Tang**

10 Greenmeadow Lane

Andover, MA 01810

Home Phone: 978-381-4991

Cell Phone: 978-590-1891

E-MAIL CONFIDENTIALITY NOTICE:
This transmission including attachments may be:
(1) Subject to the Attorney-Client Privilege,
(2) Attorney Work Product, or
(3) Strictly Confidential.

If you are not the intended recipient of this message, you may not disclose, print, copy or disseminate this informati



800 Hingham Street, Suite 2045
Rockland, MA 02370
Tel: 339-788-9577
Fax: 339-788-9915

September 11, 2012

By fax and regular mail

Ms. Sara Berman, Hearing Officer
Bureau of Special Education Appeals
One Congress Street, 11th Floor
Boston, MA 02114

RE:     Andover Public Schools & Eric Tang, BSEA No. 12-7315

Dear Hearing Officer Berman,

The record closed in this matter on August 17, 2012. Today, you received and reviewed a letter from the Parents which revealed, albeit inaccurately, information relating to settlement discussions between the parties and a further request for a specific ruling in the parents' favor. It would be entirely inappropriate and highly prejudicial for the Hearing Officer to consider any information subsequent to the close of the Hearing, particularly the nature of any purported settlement discussions which are confidential. Consideration of any information outside of the Hearing after the close of the record is grounds for appeal.

It was the parties' understanding, as stated by the Hearing Officer in a pre-hearing conference call and at the close of the Hearing, that the Bureau would issue a short order regarding the Student's placement by August 27, 2012. The school year has begun and the parties do not have resolution. Attempts at settlement have failed.

The Andover Public Schools awaits the Bureau's decision.

Sincerely,

Catherine Lyons

Catherine L. Lyons

cc:     Mr. and Mrs. Kulian Tang
        Ms. Joyce Laundre
        Ms. Reece Erlichman

**Subject:** RE: Fax to Hearing Office
**From:** Kuilian Tang (ktang05@yahoo.com)
**To:** ktang05@yahoo.com;
**Date:** Tuesday, September 18, 2012 9:25 AM

Dear Ms. Laundre,

Don't you think the school district or its attorney is bullying and insulting us? The school distrct proposed the offer to us, released the inf offer. The school district is forcing us to continue our fight for justice for my son Eric Tang. We are ready for the fight.

Sincerely,
**Kuilian Tang**
10 Greenmeadow Lane
Andover, MA 01810
Home Phone: 978-381-4991
Cell Phone: 978-590-1891

--- On **Mon, 9/17/12, Cat Lyons** <cat@lyonsandrogers.com> wrote:

> From: Cat Lyons <cat@lyonsandrogers.com>
> Subject: RE: Fax to Hearing Office
> To: "'Kuilian Tang'" <ktang05@yahoo.com>
> Date: Monday, September 17, 2012, 12:35 PM
>
> Mr. Tang,
> You rejected the District's offer and the offer was subsequently rescinded on September 11, 2012.
> Andover does not agree to support Eric's placement at PMA.
> Catherine Lyons
>
> Catherine L. Lyons
> Lyons & Rogers, LLC
> 800 Hingham Street, Suite 204S
> Rockland, Massachusetts 02370
> Tel: 339-788-9577
> Fax: 339-788-9915
>
> **From:** Kuilian Tang [mailto:ktang05@yahoo.com]
> **Sent:** Monday, September 17, 2012 10:33 AM
> **To:** Cat Lyons
> **Cc:** jlaundre@aps1.net; Judy Tang
> **Subject:** RE: Fax to Hearing Office
>
> Ms. Lyons,
>
> As you know, both the school district and us agreed the day before the school started Eric would enroll in PMA. Eric is happy with PMA and is building his self-esteem a go next step.
>
> Thanks,
> **Kuilian Tang**
> 10 Greenmeadow Lane
> Andover, MA 01810
> Home Phone: 978-381-4991
> Cell Phone: 978-590-1891
>
> --- On **Sat, 9/15/12, Cat Lyons** <cat@lyonsandrogers.com> wrote:
>
> From: Cat Lyons <cat@lyonsandrogers.com>
> Subject: RE: Fax to Hearing Office
> To: "'Kuilian Tang'" <ktang05@yahoo.com>
> Date: Saturday, September 15, 2012, 12:46 PM
>
> Mr. Tang,
>
> Any correspondence filed with the BSEA must be provided to me on the day you send it to the BSEA, and not days later.