UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
)
E.T., a minor, by his parents, JANE DOE, )
and JOHN DOE, and on their own behalf, )
)
      Plaintiffs, )
) Civil Action No.
      v. ) 14-11892-FDS
)
BUREAU OF SPECIAL EDUCATION )
APPEALS OF THE DIVISION OF )
ADMINISTRATIVE LAW APPEALS, )
MASSACHUSETTS DEPARTMENT OF )
ELEMENTARY EDUCATION; )
ANDOVER SCHOOL DISTRICT; )
PATRICK BUCCO, individually and in )
his capacity as Principal of )
Wood Hill Middle School; )
LINDA CROTEAU, individually and in )
her capacity as former Special Education )
Program Head for Wood Hill Middle School; )
MARINEL MCGRATH, Superintendent, )
in her official capacity; and )
ANNIE GILBERT, School Committee Chair, )
in her official capacity, )
)
      Defendants. )
_____)

# FINAL JUDGMENT

**SAYLOR, J.**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and consistent with the Court's March 11, 2016 Order addressing plaintiffs' motion for summary judgment on Count One and defendants' motion for summary judgment on Counts Two through Four, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1

1.  As to Count One, judgment is hereby entered in favor of defendants and the decision of the Bureau of Special Education Appeals dated January 21, 2014 is AFFIRMED.

2.  As to Counts Two through Four, judgment is hereby entered in favor of defendants.

**So Ordered.**

/s/ F. Dennis Saylor
F. Dennis Saylor IV
Dated: March 30, 2016                United States District Judge